UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRAVO PIZZA ENTERPRISES, INC.,

        Plaintiff,

v.

YOSSEF AZIZO and KOSHER BRAVO PIZZA L.L.C.,

        Defendants.

**ORDER FOR ENTRY OF A PRELIMINARY INJUNCTION**
23-CV-04540 (HG)

**HECTOR GONZALEZ**, United States District Judge:

    As further explained in the Court's accompanying findings of fact and conclusions of law, *see* ECF No. 34, Plaintiff has demonstrated a likelihood of success on the merits on Plaintiff's claims that Defendants are infringing on Plaintiff's registered trademarks related to the name "Bravo Pizza" and "Bravo Kosher Pizza," along with an unregistered logo with the name "Bravo Pizza" surrounded by exclamation points that Plaintiff uses in connection with those registered trademarks (collectively, the "Trademarks").

    The Court hereby **ORDERS** that Defendants shall not use Plaintiff's Trademarks, or any other mark or name likely to cause confusion with Plaintiff's Trademarks, including but not limited to the name "Ravo," within the view of Defendants' customers, at any location where Defendants do business, including but not limited to: (i) Defendants' store in Woodridge, New York; (ii) Defendants' store located at 902 Kings Highway, Brooklyn, New York; and (iii) Defendants' store located at 904 Kings Highway, Brooklyn, New York.

It is further **ORDERED** that, pursuant to Rule 65(c), Plaintiff shall not be required to give a bond or other security.

SO ORDERED.

                                                     */s/ Hector Gonzalez*
                                                     HECTOR GONZALEZ
                                                     United States District Judge

Dated: Brooklyn, New York
         August 29, 2023